No. 57226.—Paul A. Straub & Co., Inc. *v.* United States, protests 169846–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures or figurines similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable at 20 percent under paragraph 1547 (a), and the items marked with the letter "B" were held dutiable at 10 percent under said paragraph, as modified by T. D. 52476.

No. 57227.—Columbia Import & Export Corp. *v.* United States, protest 191207–K (Philadelphia).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

No. 57228.—Sharp & Dohme, Incorporated *v.* United States, protest 194747–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

MARCH 23, 1953

No. 57229.—SUIT 4690.—United States *v.* Henry W. Peabody & Co. Reap. Dec. 7999 reversed April 8, 1952. C. A. D. 498. (C. A. D. 498 reaffirmed November 4, 1952.)

No. 57230.—SUIT 4722.—Uddo & Taormina Co. *v.* United States. Reap. Dec. 8061 affirmed December 17, 1952. C. A. D. 505.

MARCH 26, 1953

No. 57231.—SUIT 4739.—United States *v.* International Expediters, Inc., for Winsor & Newton, Inc. Reap. Dec. 8105 affirmed January 14, 1953. C. A. D. 511.